# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| J & J Sports Productions, Inc., as Broadcast Licensee of the July 31, Marquez/Diaz Broadcast, <br><br>  Plaintiff, <br><br> v. <br><br> Elsei Otero, individually and as officer, Director, shareholder, and/or principal of Caribbean Food, Inc., d/b/a Old San Juan Restaurant, a/k/a Old San Juan Rest.; and Caribbean Food, Inc., d/b/a Old San Juan Restaurant, a/k/a Old San Juan Rest., <br><br>  Defendants. | C/A No.: 3:11-cv-814-JFA <br><br><br><br><br><br> **ORDER** |

Plaintiff brought this suit against Defendants Elsei Otero and Caribbean Food, Inc., alleging that they illegally received and exhibited the July 31, 2010 Marquez/Diaz program for the purpose of direct and indirect commercial advantage or private financial gain in violation of 47 U.S.C. §§ 553, 605. Both Defendants have been served with the summons and complaint, and in response to its being served, Caribbean Food, Inc. filed a letter with the court setting forth specific information regarding both Defendants and informing the court that it was seeking a lawyer to represent them in this matter. [Docket Entry # 9.] Plaintiff, interpreting this letter to be Caribbean Food, Inc.'s answer to its complaint, has moved the court to strike the answer because a corporation may not represent itself, but instead, must appear through a licensed attorney. Because the law

2

does require a corporation to be represented by a licensed attorney, *Baker v. Data Dynamics, Inc.*, 561 F. Supp. 1161, 1165 (W.D.N.C. 1983) (citation omitted), the court does strike Caribbean Food's letter from the record, to the extent it attempts to serve as its answer. As such, the court gives Caribbean Food, Inc. 30 days from the date of this order to find a lawyer to answer or otherwise respond to Plaintiff's complaint.

     IT IS SO ORDERED.

July 20, 2011                                  Joseph F. Anderson, Jr.
Columbia, South Carolina                United States District Judge