IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| J&J Sports Production, Inc., as ) <br> Broadcast Licensee of the July 31, ) <br> 201 Marquez/Diaz Broadcast ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> Elsie Otero, Individually, and as officer, ) <br> director, and/or principal of ) <br> Carribbean Food, Inc., d/b/a Old San ) <br> Juan Restaurant, a/k/a Old San Juan ) <br> Rest., and Carribbean Food, Inc., d/b/a ) <br> d/b/a Old San Juan Restaurant, a/k/a ) <br> Old San JuanRest. ) <br> Defendants. ) <br> ) | C/A No.: 3:11-cv-814-JFA <br><br><br><br><br><br> **ORDER FOR** <br> **DEFAULT JUDGMENT** |

The Summons and Complaint in this action having been duly served upon the Defendant, CARRIBEAN FOOD, INC., on April 22, 2011 and on Defendant ELSIE OTERO on June 11, 2011 and said Defendants having failed to plead or otherwise appear in this action,

**NOW**, upon the Affidavit of Gregory M. Alford, Esq., Alford, Wilkins & Coltrane, LLC attorneys for the Plaintiff, it is hereby:

**ORDERED AND ADJUDGED** that J&J Sports Productions, Inc., the Plaintiff, does recover of CARRIBEAN FOOD, INC., d/b/a OLD SAN JUAN RESTAURANT, a/k/a OLD SAN JUAN REST. and ELSIE OTERO, Individually and as officer, director, shareholder and/or principal of CARRIBEAN FOOD, INC. d/b/a OLD SAN JUAN

1

RESTAURANT, a/k/a OLD SAN JUAN REST., **a total award of Twenty-Seven Thousand Eight Hundred Forty Eight Dollars and Seventy-Five Cents ($27, 848.75)** consisting of:

> 1) TEN THOUSAND DOLLARS ($10,000.00) pursuant to 47 U.S.C. § 605(e)(3)(C)(i)(II); and
>
> 2) FIFTEEN THOUSAND DOLLARS ($15,000.00) pursuant to 47 U.S.C. § 605(e)(3)(C)(ii), for Defendant's willful violation of 47 U.S.C. § 605(a); and
>
> 3) Costs and attorney fees of TWO THOUSAND EIGHT HUNDRED FORTY EIGHT DOLLARS and 75/100 ($2,848.75) pursuant to 47 U.S.C. § 605(e)(3)(B)(iii);

and it is further,

**ORDERED AND ADJUDGED** that pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, there is no just reason for delay in this Default Judgment as the interest of justice require the issuance of judgment as requested without further delay.

IT IS SO ORDERED.

October 5, 2011                                      Joseph F. Anderson, Jr.
Columbia, South Carolina                       United States District Judge